[No. 13209–1–I. Division One. July 23, 1984.]

*In the Matter of the Adoption of* LCR.

Appeal from a judgment of the Superior Court for King County, No. 82–5–00393–1, W. R. Cole, J., entered April 19, 1983. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Durham, C.J., and Callow, J.

[No. 6048–9–III. Division Three. July 24, 1984.]

*In the Matter of* WINONA WILKINSON, ET AL.

CHARLIE WILKINSON, ET AL, *Appellants,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from judgments of the Superior Court for Yakima County, Nos. 80–7–00144–0, 80–7–00143–1, 80–7–00145–8, Cameron K. Hopkins, J., entered September 9, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Thompson, J.

[No. 5111–1–III. Division Three. July 24, 1984.]

KARL B. KEPPNER, *Appellant,* v. GRANT COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 30453–A, Willard A. Zellmer, J., entered March 15, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, A.C.J., and Thompson, J.